# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00513-CR

**Mario Alberto Riojas-Contreras, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 40639, HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

In the above cause, appellant Mario Alberto Riojas-Contrera's brief was due in this Court on November 21, 2013. On December 11, 2013, we notified appellant's counsel that appellant's brief was overdue and that if we did not receive a satisfactory response on or before December 23, 2013, a hearing before the district court pursuant to Tex. R. App. P. 38.8(b) would be ordered. To date, appellant's brief has not been filed, nor have we received a response from counsel.

We therefore abate the cause and remand it to the district court to hold a hearing in accordance with rule 38.8 of the rules of appellate procedure. Tex. R. App. P. 38.8(b)(2), (3). The district court shall hold a hearing immediately to determine whether appellant still wishes to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See id*. If appellant desires to appeal and is indigent, the district court should make appropriate orders to ensure that appellant is adequately represented on appeal. *See id*. Following the hearing,

the district court should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than March 10, 2014. *See id.*

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:  February 6, 2014

Do Not Publish